Form for Filing a Section 1983 Civil Rights Complaint (by persons not in jail or prison)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
_____ DIVISION

Billy Ray Bailey

RECEIVED

MAY 29 2024

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

(Enter above the full name of the Plaintiff[s]
in this action.)

-vs-

Case No 3:24-cv-155-SA-RP
(To be assigned by Clerk)

Leo Mask, individually & officially as Sheriff of Pontotoc Co., MS.
David Robertson, individually & in his official capacity as a deputy
Ryan R. Roberts, individually & in his official capacity as a deputy
Pontotoc County Sheriffs Department and Pontotoc County, Mississippi

(Enter above the full name of ALL Defendant[s]
in this action. Fed. R. Civ. P. 10(a) requires that
the caption of the complaint include the names of
all the parties. Merely listing one party and "et al"
is insufficient.)

**COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C. §1983**
**(by persons not in jail or prison)**

III. Parties
(In item A below, place your name in the first blank and place your present address in the second blank. If more than one plaintiff, attach an additional sheet that provides each plaintiff's name and address.)

A.  Name of Plaintiff: Billy Ray Bailey
    Address: 606 Vaughn Rd. Belden, MS 38826

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of an additional

defendants.)

B. Defendant, Leo Mask, is employed as Sheriff of Pontotoc County, Mississippi at 490 MS-6, Pontotoc, Mississippi, 38863.

C. Additional Defendants:
David Robertson

Ryan R. Roberts is employed as a deputy of Pontotoc Sheriffs Department, at Pontotoc, MS 38863.

IV. Statement of Claim

State here as briefly as possible the facts of your case, that is, what happened that caused you to file this complaint. Describe how each defendant is involved. Include also dates and places where the complained of events occurred. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.

Description of my legal claim is attached hereto as Exhibit 1.

V. State the names of witnesses who would testify for you or on your behalf, and state **briefly** what they would say.

WITNESS'S NAME | WHAT THIS WITNESS WOULD SAY
--- | ---
Leo Mask | He will testify he authorized the search warrant and all actions the co-defendants took in the execution of the warrant.

| | |
|---|---|
| David Robertson | He will testify that he provided facts to the Circuit judge to procure the search warrant. He will testify he participated in the execution of the warrant, search of my person and residence, and seizure of my assets. |
| Ryan R. Roberts | He will testify that he provided facts to the Circuit judge to procure the search warrant. He will testify he participated in the execution of the warrant, search of my person and property and residence and seizure of my assets. |
| Billy Ray Bailey | I will testify to all facts giving rise to this civil action and all of the damages I have sustained as a result of the actions of the Defendants. |

VI. Name all **documents** that you know of which would support your claim and state **briefly** what each document says or shows.

| DOCUMENT | WHAT THE DOCUMENT SAYS OR SHOWS |
|---|---|
| Search Warrant | Evidences that David Robertson and Ryan Roberts provided information to obtain search warrant in my case. |
| Affidavit for Seizure Warrant | Shows Defendants signed an affidavit to seize $3,000.00 of my money. |
| Notice of Intent to Forfeit Seized Property | Shows Defendants served me with notice they intended to take my $3,000.00 |
| Seizure Warrant | Evidences the Defendants did seize my $3,000.00 in cash. |
| Indictment | Evidences the Defendants presented my case to the grand jury 2 years after my charge. |
| Order retiring cause to the files | Evidences the cases against me were retired to the files. |

VII. Explain how you were injured (incurred medical costs, incurred physical injury and/or emotional distress, etc.)

The criminal charges caused my parole to be revoked. I served 2 years and 17 days as a result. My personal residence was damaged by the Defendants. My $3,000.00 in cash was taken. I was deprived of my right to be gainfully employed during my incarceration. I suffered economic damages, emotional distress, loss of income, and loss of liberty without due process of law due to the actions of the defendants.

VIII. Relief

State briefly exactly what you want the court to do for you.

I want the court to make an award of damages against the Defendants, jointly and severally for all damages I have sustained as a result

of the actions of the Defendants, in an amount to be determined by a jury or by this Court.

IX. Jury Demand

I would like to have my case tried by a jury.

☒ Yes

☐ No

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of our information, knowledge, and belief.

Signed this __29th__ day of __May__, 20__24__.

_Bill B_
606 Vaughn Road
Belden MS 38826

(Signature of Plaintiff/Plaintiffs)

Exhibit 1

Statement of Factual Basis for Legal Claims

On May 30, 2021, the Pontotoc County, Mississippi Sheriff's Department, by and through their Sheriff Leo Mask, David Robertson and Ryan R. Roberts made application for and received a search warrant and did execute that warrant on my person and residence. The warrant alleged the presence of controlled substances, drug paraphernalia and other items used in the manufacture and sale of illicit controlled substances. The above named Defendants acting under the color of state law executed the warrant on my residence. The Defendants damaged by residence in the process. The Defendants seized $3,000.00 of my personal funds and arrested me wrongfully. I was deprived of my 4th and 14th amendment civil rights to be secure against unreasonable search and seizures. I was deprived of my 5th and 14th amend right civil right to be granted due process of law prior to my property or liberty being taken by government agencies or their actors. I was detained and sent back to prison due to the criminal charges brought by the Defendants and was not given a fair and speedy trial as guaranteed by the sixth amendment. The Sheriff's Department and the Defendants did not present the case to the grand jury and obtain an indictment until May 16, 2023

which was not served on me or brought to my attention. The charges were ultimately retired to the files. I was incarcerated as a result of the wrongful criminal charges for two years and seventeen days in the Mississippi Department of Corrections. The Sheriff and all of the Defendants were employed by Pontotoc County, Mississippi during all of the events that give rise to this civil action. Pontotoc County, Mississippi was the ultimate employer of the Defendants who acted under the color of law while in their employ to deprive me of my civil rights, liberty and property without due process of law.

# SEARCH WARRANT

*# COPY #*

STATE OF MISSISSIPPI
COUNTY OF PONTOTOC

TO ANY LAWFUL OFFICER OF PONTOTOC COUNTY, MS

WHEREAS, _____Agent Ryan R Roberts_____
_____Agent David Robertson_____, and _____,
known to me to be credible persons, who, after having been first duly sworn, depose and say:

1. That affiant(s) have good reason to believe and do believe that certain things hereafter described are now being concealed in or about the following place in this County:

606 Vaughn Road, Pontotoc County, Mississippi, described as a mobile home, together with all approaches, curtilage, vehicles, and appurtenances thereto.

2. That the place described above is occupied and controlled by: Billy Ray Bailey, and person(s) unknown.

3. That said things are particularly described as follows:

See Attachment-A

*Methamphetamine, a schedule II controlled substance, any paraphernalia thereof, any and all U. S. Currency or other currency derived from the sale of methamphetamine, associated with methamphetamine, or found in close proximity to methamphetamine, and any and all other items of value associated with, derived from, or found in close proximity to methamphetamine, a schedule II controlled substance. Any documents, photographs or other papers reflecting the possession, manufacture, sale or distribution of methamphetamine. Any and all listed precursor chemicals or drugs as defined by Section 41-29-313 of the Mississippi Code of 1972.*

4. That possession of the above described things is in itself unlawful (or the public has a primary interest in or primary right to possession of, the above described things), in that said things are:

*That the possession of, sale of, distribution of, transfer of, or manufacture of methamphetamine is a direct violation of section 41-29-139 of the Mississippi Code of 1972 as amended.*

5. The facts tending to establish the foregoing grounds for issuance of a Search Warrant are shown on a sheet headed "Underlying Facts and Circumstances" which is attached hereto, made a part hereof and adopted herein by reference.

6. This court, having examined and considered said affidavit, and also having heard and considered evidence in support thereof from the affiants named therein does find that probable cause for the issuance of a search warrant does exist. THEREFORE, you are hereby commanded to proceed at any time in the day or night to the place described above and to search forthwith said place for the things specified above, making known to the person or persons occupying or controlling said place, if any, your purpose and authority for so doing, and if the things specified above be found there to seize them, leaving a copy of this warrant, and a receipt for the things taken; and bring the things seized before this Court instanter; and prepare a written inventory of the items seized, and have then and there this writ, with your proceedings noted thereon.

7. Do not interpret this writ as limiting your authority to seize all contraband and things the possession of which in itself is unlawful which you find incident to your search, or as limiting your authority to make otherwise valid arrests at the place described above.

Witness my hand this, the __30th__ day of __May__, 20 __21__

_____
OFFICIAL TITLE  *Circuit Judge*

IN THE CIRCUIT COURT OF PONTOTOC COUNTY, MISSISSIPPI

IN RE: APPLICATION OF THE STATE OF

MISSISSIPPI, EX REL. $3000.00 U.S. Currency

Billy Ray Bailey

## AFFIDAVIT FOR SEIZURE WARRANT

STATE OF MISSISSIPPI

COUNTY OF PONTOTOC

This day did personally appear before me, the undersigned judicial officer of said county, Agent Ryan R. Roberts, Pontotoc County Sheriff's Department, known to me to be a credible person who after having been first duly sworn and deposed says:

1. That affiant has good reason to believe that certain property hereafter described is subject to seizure:
   $3000.00 U.S. Currency

2. That as a part of the affiant's official duties, affiant is currently investigating a violation of the Uniform Controlled Substances Law in violation of Section 41-29-101 et seq., if the Mississippi Code of 1972 Annotated, as amended.

3. That in connection with the said investigation, Affiant has determined that the above described property is subject to seizure under Sections 41-29-153 Mississippi Code if 1972 Annotated, as amended. This determination is evidenced by the facts contained in the attached Underlying Facts and Circumstances which are attached hereto as Exhibit A and included herein as if copied in full words and figures.

_____
Affiant

Sworn to and subscribed to before me, this the 3rd day of June, 2021.

_____
Notary Public

My Commission Expires:
2-28-26

**FILED**
JUN 22 2021
CIRCUIT COURT
PONTOTOC COUNTY

## Notice of Intent to Forfeit Seized Property

To: BILLY RAY BAILEY
606 VAUGHN ROAD
BELDEN, MS 38826
662-297-4064

Case No.

You are hereby notified that on May 30, 2021, in Pontotoc County, MS the below listed property was seized by the Pontotoc County Sheriff's Department pursuant to Mississippi Code Annotated 41-29-153.

| DESCRIPTION OF PROPERTY | VIN OR SERIAL# | APPROXIMATE VALUE |
|---|---|---|
| U.S. Currency | | $3,000.00 |
| | | $ |
| | | $ |
| | | $ |

### INSTRUCTIONS

Pursuant to Mississippi Code Annotated 41-29-177, a petition for forfeiture shall be filed within thirty (30) days from the date of seizure of the subject property. A copy of the petition shall be served by service of process to you.

Once you have been served the petition, you have thirty (30) days from the date of service of the petition to file an answer to the petition with the Court. The answer must be mailed or delivered to the following address:

District Attorney's Office
302 Franklin Street
P.O. Box 7237
Tupelo, MS 38801

If you do not file an answer within thirty (30) days of being served with the petition, the above described property will be forfeited to the Pontotoc County Sheriff's Department, to be distributed or disposed of in accordance with the provisions of Mississippi Code Anno. 41-29-181.

Dated this 1st day of June, 2021.

Notice provided by:

_____
Witness

It has been explained to me that the property listed above has been seized as provided by law and will be held by the seizing agency pending forfeiture. I (am) (am not) owner of seized property

_____
Person in possession at time of seizure

IN THE CIRCUIT COURT OF PONTOTOC COUNTY, MISSISSIPPI

IN RE: APPLICATION OF THE STATE OF

MISSISSIPPI, EX REL. $3000.00

Billy Ray Bailey

## SEIZURE WARRANT

STATE OF MISSISSIPPI

COUNTY OF PONTOTOC

WHEREAS, this day this cause came on for consideration on the application of Agent Ryan R. Roberts, Pontotoc County Sheriff's Department, that he/she has probable cause to believe that the property described below is subject to seizure pursuant to Section 41-29-153, Mississippi Code of 1972 Annotated, as amended, and that said property is located in Pontotoc County, Mississippi. After being fully comprised of the fats and circumstances this Court finds that there is probable cause to believe that the below described property is subject to seizure pursuant Section 41-29-153, Mississippi Code of 1972 Annotated, as amended.

Premises considered, this Court having examined and considered said affidavit and considered evidence in support thereof does find that probable cause exists for the issuance of a seizure warrant. Therefore, you are hereby ordered to take into possession and/or retain possession of the property described as follows:

$3000.00

SO ORDERED this the 3rd day of June, 2021.

_Circuit_ COURT JUDGE

FILED

JUN 22 2021

CIRCUIT COURT
PONTOTOC COUNTY

Exh A

## UNDERLYING FACTS AND CIRCUMSTANCES FOR SEIZURE WARRANT

On May 30, 2021, the Pontotoc County Sheriff's Department executed a search warrant on the residence of Billy Ray Bailey located a 606 Vaughn Road in Pontotoc County, MS. During the search, officers found alleged Methamphetamine, Heroin, Marijuana, and various drug paraphernalia on the property. Officers found a Yildiz .410 gauge single-shot shotgun inside the residence. Bailey is a convicted felon in the State of Mississippi. Officers also found $3000.00 in U.S. Currency on Billy Ray Bailey's person. All drug and non-drug evidence was collected to be later submitted to the Tupelo Crime Lab for analysis. Bailey was transported to the Pontotoc County Jail without incident.

Sworn to and subscribed before me ____June 3rd____, 2021

_____
Circuit Court Judge

**FILED**

JUN 22 2021

CIRCUIT COURT
PONTOTOC COUNTY

Case: 58CI1:23-cr-00209 *SEALED*    Document #: 1    Filed: 05/16/2023    Page 1 of 3

INDICTMENT

| THE STATE OF MISSISSIPPI | CIRCUIT COURT |
|---|---|
| PONTOTOC COUNTY | JULY 2023 - PN |
| | CAUSE NO. CR23-209F |

The Grand Jurors for the State of Mississippi, taken from the body of good and lawful men and women of PONTOTOC COUNTY, in the State of Mississippi, elected, impaneled, sworn and charged to inquire in and for said County and State aforesaid, in the name and by the authority of the State of Mississippi, upon their oaths present: That

### BILLY RAY BAILEY

**COUNT I:** in said county and state did willfully, unlawfully, knowingly, intentionally and feloniously possess a Schedule II Controlled Substance, Methamphetamine, a quantity of one-tenth (0.10) gram or more but less than two (2) grams, on or about May 31, 2021, in violation of Mississippi Code Section 41-29-139;

**COUNT II:** in said county and state on or about May 31, 2021 did willfully, unlawfully, and feloniously possess a weapon, Yildiz .410 shotgun, the said BILLY RAY BAILEY being a prior convicted felon, having previously been convicted of one or more felonies under the laws of this State or any other State, having previously been convicted of

DA Case No. 23PN0868    ATN No.            Page 1
Co-Def

possession of methamphetamine greater than 10 grams but less than 30 grams with intent to sell, transfer or distribute in the Circuit Court of Pontotoc County, Mississippi in Cause No. CR15-063(P)PO on July 21, 2017, in violation of Mississippi Code Section 97-37-5;

and, either at the time of the offense or at the time of the arrest, the said BILLY RAY BAILEY had in his possession a Yildiz .410 shotgun, a firearm; and upon conviction, the said BILLY RAY BAILEY is hereby charged under Section 41-29-152, Mississippi Code, 1972, as amended wherein any person who violates Section 41-29-139 with reference to a controlled substance listed in Schedules I, II, III, IV or V as set out in Sections 41-29-113 to 41-29-121, Mississippi Code of 1972, inclusive, and has in his possession any firearm either at the time of the commission of the offense or at the time any arrest is made, may be punished by a fine up to twice that authorized by Section 41-29-139, or by a term of imprisonment or confinement up to twice that authorized by Section 41-29-139, or both;

contrary to the form of the statute in such cases made and provided, and against the peace and dignity of the State of Mississippi.

Case: 58CI1:23-cr-00209 *SEALED*   Document #: 1   Filed: 05/16/2023   Page 3 of 3

Filed and Recorded __16th__ day of __May__, 20 __23__

_____ Clerk
                                , D.C.

_____
Assistant District Attorney

A TRUE BILL

_____
Foreman of the Grand Jury

IN THE CIRCUIT COURT OF PONTOTOC COUNTY, MISSISSIPPI

STATE OF MISSISSIPPI

VS.    CAUSE No. CR23-209E

~~Billy Ray Bailey~~

### ORDER RETIRING CAUSE TO THE FILES

THIS CAUSE this day came on for hearing of the State of Mississippi's *ore tenus* motion for an order retiring the cause referenced above to the file and for cause would show unto the Court that the interest of justice would best be served by retiring said cause to the files. The Court, being advised in the premises, finds the motion to be well taken and that the same should be, and hereby is, sustained.

It is therefore, ORDERED and ADJUDGED that the above styled and numbered cause is retired to the files as to the Defendant named above.

**FILED**
APR 0 8 2024
CIRCUIT COURT
PONTOTOC COUNTY

ORDERED and ADJUDGED this the 8th day of April, 2024

_____
Paul Funderburk
CIRCUIT JUDGE

_____
Assistant District Attorney

**FILED**
APR 0 8 2024
CIRCUIT COURT
PONTOTOC COUNTY

_____
Defendant's Attorney