IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

BILLY RAY BAILEY                                                                                                           PLAINTIFF

v.                                    CIVIL ACTION NO. 3:24-cv-0155-SA-RP

LEO MASK, individually and officially as
Sheriff of Pontotoc County, MS, et al                                             DEFENDANTS

## ORDER OF RECUSAL

The above styled and numbered case was assigned to United States District Judge Sharion Aycock on May 29, 2024. Judge Aycock, on her own motion, hereby RECUSES herself from this cause.

It is hereby ORDERED that the Clerk of the Court is directed to transfer and re-assign this cause to another United States District Judge in the Northern District of Mississippi.

This, the 10th day of July, 2024.

                                                                           /s/ Sharion Aycock
                                                                           UNITED STATES DISTRICT JUDGE